**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Louis Gabriel ARCHULETA,**
**Defendant-Appellant.**

**No. 16-1453**

United States Court of Appeals, Tenth Circuit.

Filed April 6, 2017

Karl L. Schock, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

Grant Russell Smith, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before MATHESON, BACHARACH, and PHILLIPS, Circuit Judges.

## ORDER DENYING CERTIFICATE OF APPEALABILITY *

Per Curiam

This matter is before us on Appellees' *Unopposed Motion for Summary Denial of Certificate of Appealability*. The United States moves for summary denial of a certificate of appealability based on the Supreme Court's decision in *Beckles v. United States*, — U.S. —, 137 S.Ct. 886, 197 L.Ed.2d 145 (2017). Appellant Louis Gabriel Archuleta does not oppose the motion

---

\* This order is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. Fed. R. App. P. 32.1; 10th Cir. R. 32.1.

Upon consideration, the motion is granted. A certificate of appealability is DE-NIED, and this matter is DISMISSED.